**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------------------x
:
UNITED STATES OF AMERICA and        :        ~~FILED UNDER SEAL~~
THE STATE OF NEW YORK *ex rel.*      :
JENNIFER LYON,                       :
:
           Plaintiffs,            :        12 CV. 7624 (LAK)
:
  -against-                        :
:
ACCELECARE WOUND CENTERS, INC.,      :
GARY TANNENBAUM, M.D.,               :
NIRAV PATEL, D.O.,                   :
ST. JOHN'S RIVERSIDE HOSPITAL, AND   :
ALBANY MEMORIAL HOSPITAL,            :
:
           Defendants.            :
------------------------------------------------x

<u>USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 9 2013</u>

<u>**NOTICE OF DISMISSAL**</u>

      Please take notice that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A), Plaintiff and Relator Jennifer Lyon ("Relator"), through her counsel, voluntarily dismiss the above styled case without prejudice.

      Counsel for the Relator has conferred with the United States and they consent to this voluntary dismissal without prejudice.

DATED:  July 31, 2013

Respectfully submitted,

**MILBERG LLP**

By: _____

Ariana J. Tadler, Esq.
Anna C. Dover, Esq.
**MILBERG LLP**
One Pennsylvania Plaza
New York, New York  10119-0165
Tel:  212.594.5300
Fax:  212.868.1229
atadler@milberg.com
adover@milberg.com

*Counsel for Plaintiff-Relator Jennifer Lyon*

**SO ORDERED:**

_____
        **U.S.D.J.**
Hon. Paul J. Oetken
Part I Dated: 8/__/2013